UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  16-18468-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

RICARDO ALONSO
XXX-XX-8166

<u>DEBTOR                              </u>/

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Robin R. Weiner files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:  <u>Fay Servicing, LLC</u>**

**Mortgage Arrearage**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 5 | 4886 | $195,648.26 | $17,306.66 | $17,306.66 |

**Monthly ongoing mortgage payments (if included in the last confirmed plan) were paid through the Chapter 13 Trustee along with the arrearage and any post petition mortgage fees, expenses and charges paid through the last confirmed plan.**

Within 21 days of the service of the Notice Of Final Cure Payment, the Creditor MUST file and serve a Statement as a supplement to the Holder's Proof of Claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the Holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the Holder's Proof of Claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

NOTICE OF FINAL CURE PAYMENT<br>CASE NO.:  16-18468-BKC-EPK

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice Of Final Cure Payment was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 2nd day of December, 2021.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
RICARDO ALONSO
517 FRANKLIN RD
WEST PALM BEACH, FL  33405

**ATTORNEY FOR DEBTOR**
ROBERT A. STIBERMAN, ESQUIRE
2601 HOLLYWOOD BLVD
HOLLYWOOD, FL  33020

**CREDITOR**
Fay Servicing, LLC
POB 814609
Dallas,  TX  75381