**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Ricardo Alonso |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Florida (State) |
| Case number | 16-18468 |

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 9598

**Property address:** 517 Franklin Road
Number    Street

West Palm Beach Florida 33405
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 6,490.86

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ -598.96

c. **Total**. Add lines a and b.    (c) $ 5,891.90

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    06/01/2021
MM / DD / YYYY

---

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1  Ricardo Alonso
          First Name    Middle Name    Last Name

Case number (*if known*) 16-18468

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ Amy Kiser
  Signature

Date 12/21/2021

Print  Amy Kiser
       First Name    Middle Name    Last Name

Title  Attorney

Company  Gilbert Garcia Group, P.A.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  2313 W. Violet Street
         Number    Street

         Tampa Fl 33603
         City    State    ZIP Code

Contact phone ( 813 ) 443 – 5087

Email  bankruptcy@gilbertgrouplaw.com

| Pmt Due/Comments | Amt Due | Date Received | Amt Rec'd | Pmt Satisified | To/From Suspense | Suspense Balance |
|---|---|---|---|---|---|---|
| Begin Suspense | | | | | $ - | $ - |
| 7/1/2016 | $ 696.50 | 2/23/2017 | $ 4,039.81 | 7/1/2016 | $ 3,343.31 | $ 3,343.31 |
| 8/1/2016 | $ 696.50 | | | 8/1/2016 | $ (696.50) | $ 2,646.81 |
| 9/1/2016 | $ 775.42 | | | 9/1/2016 | $ (775.42) | $ 1,871.39 |
| 10/1/2016 | $ 775.42 | | | 10/1/2016 | $ (775.42) | $ 1,095.97 |
| 11/1/2016 | $ 775.42 | | | 11/1/2016 | $ (775.42) | $ 320.55 |
| 12/1/2016 | $ 775.42 | 8/11/2017 | $ 829.48 | 12/1/2016 | $ 54.06 | $ 374.61 |
| 1/1/2017 | $ 775.42 | 9/11/2017 | $ 798.54 | 1/1/2017 | $ 23.12 | $ 397.73 |
| 2/1/2017 | $ 775.42 | 11/9/2017 | $ 1,550.84 | 2/1/2017 | $ 775.42 | $ 1,173.15 |
| 3/1/2017 | $ 775.42 | | | 3/1/2017 | $ (775.42) | $ 397.73 |
| 4/1/2017 | $ 775.42 | 1/12/2018 | $ 2,447.95 | 4/1/2017 | $ 1,672.53 | $ 2,070.26 |
| 5/1/2017 | $ 775.42 | | | 5/1/2017 | $ (775.42) | $ 1,294.84 |
| 6/1/2017 | $ 775.42 | | | 6/1/2017 | $ (775.42) | $ 519.42 |
| 7/1/2017 | $ 775.42 | 2/12/2018 | $ 873.17 | 7/1/2017 | $ 97.75 | $ 617.17 |
| 8/1/2017 | $ 775.42 | 4/6/2018 | $ 1,691.96 | 8/1/2017 | $ 916.54 | $ 1,533.71 |
| 9/1/2017 | $ 857.15 | | | 9/1/2017 | $ (857.15) | $ 676.56 |
| 10/1/2017 | $ 857.15 | 5/14/2018 | $ 846.01 | 10/1/2017 | $ (11.14) | $ 665.42 |
| 11/1/2017 | $ 857.15 | 7/19/2018 | $ 1,692.02 | 11/1/2017 | $ 834.87 | $ 1,500.29 |
| 12/1/2017 | $ 857.15 | | | 12/1/2017 | $ (857.15) | $ 643.14 |
| 1/1/2018 | $ 857.15 | 9/19/2018 | $ 775.42 | 1/1/2018 | $ (81.73) | $ 561.41 |
| | | 9/19/2018 | $ 219.69 | | $ 219.69 | $ 781.10 |
| 2/1/2018 | $ 857.15 | 10/15/2018 | $ 1,026.19 | 2/1/2018 | $ 169.04 | $ 950.14 |
| 3/1/2018 | $ 938.01 | | | 3/1/2018 | $ (938.01) | $ 12.13 |
| | | 11/19/2018 | $ 889.44 | | $ 889.44 | $ 901.57 |
| 4/1/2018 | $ 938.01 | 12/13/2018 | $ 1,018.52 | 4/1/2018 | $ 80.51 | $ 982.08 |
| 5/1/2018 | $ 938.01 | | | 5/1/2018 | $ (938.01) | $ 44.07 |
| 6/1/2018 | $ 938.01 | 1/14/2019 | $ 953.98 | 6/1/2018 | $ 15.97 | $ 60.04 |
| 7/1/2018 | $ 938.01 | 2/13/2019 | $ 953.98 | 7/1/2018 | $ 15.97 | $ 76.01 |
| 8/1/2018 | $ 938.01 | 3/14/2019 | $ 953.98 | 8/1/2018 | $ 15.97 | $ 91.98 |
| 9/1/2018 | $ 970.02 | 4/10/2019 | $ 953.98 | 9/1/2018 | $ (16.04) | $ 75.94 |
| 10/1/2018 | $ 970.02 | 5/14/2019 | $ 953.98 | 10/1/2018 | $ (16.04) | $ 59.90 |
| 11/1/2018 | $ 970.02 | 6/19/2019 | $ 953.98 | 11/1/2018 | $ (16.04) | $ 43.86 |
| 12/1/2018 | $ 970.02 | 7/16/2019 | $ 953.98 | 12/1/2018 | $ (16.04) | $ 27.82 |
| 1/1/2019 | $ 970.02 | 8/8/2019 | $ 953.98 | 1/1/2019 | $ (16.04) | $ 11.78 |
| | | 9/13/2019 | $ 953.98 | | $ 953.98 | $ 965.76 |
| 2/1/2019 | $ 970.02 | 10/11/2019 | $ 953.98 | 2/1/2019 | $ (16.04) | $ 949.72 |
| 3/1/2019 | $ 882.36 | 11/22/2019 | $ 953.98 | 3/1/2019 | $ 71.62 | $ 1,021.34 |
| 4/1/2019 | $ 882.36 | | | 4/1/2019 | $ (882.36) | $ 138.98 |
| 5/1/2019 | $ 882.36 | 1/7/2020 | $ 1,023.51 | 5/1/2019 | $ 141.15 | $ 280.13 |
| 6/1/2019 | $ 882.36 | 2/11/2020 | $ 1,023.51 | 6/1/2019 | $ 141.15 | $ 421.28 |
| 7/1/2019 | $ 882.36 | 3/10/2020 | $ 1,023.51 | 7/1/2019 | $ 141.15 | $ 562.43 |
| 8/1/2019 | $ 882.36 | 3/24/2020 | $ 1,023.51 | 8/1/2019 | $ 141.15 | $ 703.58 |
| 9/1/2019 | $ 882.36 | 6/8/2020 | $ 967.10 | 9/1/2019 | $ 84.74 | $ 788.32 |
| 10/1/2019 | $ 882.36 | 8/11/2020 | $ 2,901.29 | 10/1/2019 | $ 2,018.93 | $ 2,807.25 |
| 11/1/2019 | $ 882.36 | | | 11/1/2019 | $ (882.36) | $ 1,924.89 |
| 12/1/2019 | $ 882.36 | | | 12/1/2019 | $ (882.36) | $ 1,042.53 |
| 1/1/2020 | $ 882.36 | | | 1/1/2020 | $ (882.36) | $ 160.17 |
| 2/1/2020 | $ 882.36 | 9/10/2020 | $ 2,128.94 | 2/1/2020 | $ 1,246.58 | $ 1,406.75 |
| 3/1/2020 | $ 922.38 | | | 3/1/2020 | $ (922.38) | $ 484.37 |
| 4/1/2020 | $ 922.38 | 11/10/2020 | $ 983.21 | 4/1/2020 | $ 60.83 | $ 545.20 |
| 5/1/2020 | $ 922.38 | 1/8/2021 | $ 983.21 | 5/1/2020 | $ 60.83 | $ 606.03 |
| 6/1/2020 | $ 922.38 | 2/8/2021 | $ 983.21 | 6/1/2020 | $ 60.83 | $ 666.86 |
| 7/1/2020 | $ 922.38 | 5/18/2021 | $ 2,949.65 | 7/1/2020 | $ 2,027.27 | $ 2,694.13 |

BK Filed date: 6/14/16  
Debtor name: Alonso  
Fay Servicing, LLC  
Post Petition Payment Ledger

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | $ | 922.38 | | | 8/1/2020 | $ | (922.38) | $ 1,771.75 |
| | $ | 922.38 | | | 9/1/2020 | $ | (922.38) | $ 849.37 |
| | $ | 922.38 | 7/13/2021 | $ 2,127.62 | 10/1/2020 | $ | 1,205.24 | $ 2,054.61 |
| | $ | 922.38 | | | 11/1/2020 | $ | (922.38) | $ 1,132.23 |
| | $ | 922.38 | | | 12/1/2020 | $ | (922.38) | $ 209.85 |
| | $ | 922.38 | 8/12/2021 | $ 847.92 | 1/1/2021 | $ | (74.46) | $ 135.39 |
| | $ | 922.38 | Missing Trustee funds | $ 4,254.79 | 2/1/2021 | $ | 3,332.41 | $ 3,467.80 |
| | $ | 956.28 | | | 3/1/2021 | $ | (956.28) | $ 2,511.52 |
| | $ | 956.28 | | | 4/1/2021 | $ | (956.28) | $ 1,555.24 |
| | $ | 956.28 | | | 5/1/2021 | $ | (956.28) | $ 598.96 |
| 6/1/2021 | $ | 956.28 | | | | $ | (956.28) | $ (357.32) |
| 7/1/2021 | $ | 956.28 | | | | $ | (956.28) | $ (1,313.60) |
| 8/1/2021 | $ | 915.66 | | | | $ | (915.66) | $ (2,229.26) |
| 9/1/2021 | $ | 915.66 | | | | $ | (915.66) | $ (3,144.92) |
| 10/1/2021 | $ | 915.66 | | | | $ | (915.66) | $ (4,060.58) |
| 11/1/2021 | $ | 915.66 | | | | $ | (915.66) | $ (4,976.24) |
| 12/1/2021 | $ | 915.66 | | | | $ | (915.66) | $ (5,891.90) |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on December 21 2021 by CM/ECF or by regular U.S. Mail to:

| | |
|---|---|
| *Debtor* <br> **Ricardo Alonso** <br> 517 Franklin Rd <br> West Palm Beach, FL 33405 | represented by **Robert A Stiberman, Esq.** <br> 2601 Hollywood Blvd <br> Hollywood, FL 33020 <br> 954-239-7464 <br> Email: ras@stibermanlaw.com |

*Trustee*
**Robin R Weiner**
POB 559007
Fort Lauderdale, FL 33355
954-382-2001

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

                                                Gilbert Garcia Group P.A.
                                                Attorney for Secured Creditor
                                                2313 W. Violet St.
                                                Tampa, Florida  33603
                                                bankruptcy@gilbertgrouplaw.com
                                                Telephone No.:  (813) 443-5087
                                                Facsimile No.: (813) 4435089

                                                By:/S/ Amy Kiser
                                                Amy M. Kiser, ESQ.
                                                Florida Bar# 46196